# NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-919

KRIS A. DUBOIS BEST
VERSUS
RONALD J. BEST

***************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 993929
HONORABLE PHYLLIS M. KEATY, DIVISION M
AND HONORABLE DON AARON, AD HOC PRESIDING

***************

GLENN B. GREMILLION
JUDGE

***************

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

MOTION TO DISMISS APPEAL DENIED.

KRIS A. DUBOIS BEST
200 LONGWOOD DRIVE
LAFAYETTE, LA 70508
Telephone: (337) 984-3753
In Proper Person

CHARLEY HUTCHENS
1704 W. UNIVERSITY AVENUE
LAFAYETTE, LA 70506
Telephone: (337) 237-4102
Counsel for Ronald J. Best